RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 8/23/06
BY OM

# UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF LOUISIANA

# SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES | CRIMINAL ACTION NO. 02-50067 |
| versus | JUDGE TOM STAGG |
| ANTHONY MORRIS JOHNSON | |

## ORDER

Before the court is a "Motion To Alter, Amend, or Correct Order Denying Defendants [sic] Request That The Government Provide Copy Of Defendants [sic] Plea And Sentencing Transcripts Pursuant To Rule 59(e)" filed *pro se* by petitioner Anthony Morris Johnson ("Johnson"). See Record Document 282. For the reasons previously set forth in this court's August 2, 2006 Order (Record Document 280),

**IT IS ORDERED** that Johnson's motion requesting reconsideration of the ruling denying production of his guilty plea and sentencing transcripts (Record Document 282) be and is hereby **DENIED**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this 22nd day of August, 2006.

JUDGE TOM STAGG