U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

JUL 03 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

UNITED STATES OF AMERICA

versus                          CRIMINAL NO. 02-50067-01
                                                  JUDGE TOM STAGG

ANTHONY MORRIS JOHNSON

## O R D E R

Based on the foregoing Memorandum Ruling;

**IT IS ORDERED** that Anthony Morris Johnson's motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 (Record Document 271) be and is hereby **DENIED**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 3rd day of July, 2007.

_____
JUDGE TOM STAGG